IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:89MJ112 |
| v. | : | |
| **BEHROOZ POONAKI** | : | <u>ORDER FOR DISMISSAL</u> |

-----------------------

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses the Complaint filed herein on July 25, 1989 without prejudice as to **BEHROOZ POONAKI**.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/J. Richard Chema
    J. RICHARD CHEMA (0030196)
    Assistant United States Attorney
    Attorney for Plaintiff
    602 Federal Building
    200 West Second Street
    Dayton, Ohio 45402
    (937) 225-2910
    Fax: (937) 225-2564
    Richard.Chema@usdoj.gov

For good cause shown, leave of Court is granted for the filing of the foregoing Order of Dismissal.

DATE 5/21/2006

MICHAEL R. MERZ
CHIEF U.S. MAGISTRATE JUDGE